IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)     **CRIMINAL MINUTES**

08-cr-01073-TUC-JMR(JCG)     Date: 4/19/2010
Yr    Case No.   Dft#

_X_ Hon. JOHN M. ROLL   #7021

USA v. JORGE ENRIQUE BALLESTEROS

DEFENDANT: _X_ Present     ___ Not Present     ___ Released    _X_ Custody    ___ Writ

Deputy Clerk: Michael E. Sears     Court Reporter: Chris Wallace

U.S. Atty: Joelyn D. Marlowe     Def. Attorney: Tom Hartzell for Mark Resnick
                                                                               _x_ present    _x_ retained

Interpreter: N/A

**PROCEEDINGS:**     _XX_ Open Court     ___ Chambers     ___ Other

**HEARING** on Objection [63] to Magistrate Judge's Report and Recommendation re: Bond Forfeiture [61].

     Counsel present arguments to the court.

     **IT IS ORDERED** Affirming the Magistrate Judge's ruling, and the Motion for entry of Judgment of Bail Bond Forfeiture [37] is **GRANTED**, and the Surety is liable to the United States for $5,000.00.

     Government shall submit a Final Order of Forfeiture for the court signature.

                                                                               Motion Hearing: 16 min.